**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Anderson*, Slip Opinion No. 2020-Ohio-6910.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-6910

THE STATE OF OHIO, APPELLEE, *v.* ANDERSON, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Anderson*, Slip Opinion No. 2020-Ohio-6910.]**

*Judgment reversed on the authority of* State v. Chapman *and cause remanded to trial court.*

(No. 2019-1411—Submitted December 16, 2020—Decided December 30, 2020.)

APPEAL from the Court of Appeals for Lorain County,

No. 18CA011376, 2019-Ohio-3534.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Chapman*, __ Ohio St.3d __, 2020-Ohio-6730, __ N.E.3d __, and this cause is remanded to the trial court for the entry of a sentence that conforms with our decision in *Chapman*.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

_____

Dennis P. Will, Lorain County Prosecuting Attorney, and Jennifer Goodall, Assistant Prosecuting Attorney, for appellee.

Bremke Law, L.L.C., and Giovanna V. Bremke, for appellant, Lee Anderson.

David J. Carey, B. Jessie Hill, and Freda J. Levenson, urging reversal for amicus curiae, American Civil Liberties Union of Ohio Foundation.

_____